IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADVOCARE INTERNATIONAL LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  3:21-MC-00034-N |
| JON NOVAK, | § § § | |
| Defendant. | § § | |

## ORDER OF REFERENCE

Under Authority of 28 U.S.C. §636(b), this case is referred to United States Magistrate Judge David L. Horan for pretrial management.

SIGNED March 29, 2021.

_David C. Godbey_
David C. Godbey
United States District Judge

ORDER – SOLO PAGE