IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADVOCARE INTERNATIONAL, LLC, | § § § | |
| Petitioner. | § § § | |
| V. | § § | No. 3:21-mc-34-N-BN |
| JON NOVAK AND JENNIFER NOVAK, | § § § | |
| Respondents. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge entered Findings, Conclusions, and Recommendation dated November 5, 2021. *See* Dkt. No. 29. Both Petitioner Advocare International, LLC and Respondents Jon Novak and Jennifer Novak filed objections. *See* Dkt. Nos. 30, 31. After making an independent review of the pleadings, files, and records in this case, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

SIGNED December 10, 2021.


DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE